US District Court for the Northern
District of Florida

`United States of America

`v.                                                                Case No. 3:14CR53-MCR/EMT

`Kent E Hovind

### Motion for Continuance and Assistance of Counsel

1. Comes now Kent Hovind to petition this court for a continuance and for a Bill of Rights Amendment #6 assistance of counsel.

2. I have been in transit in the BOP for well over 2 months and do not have access to my legal files.  I am due to be transferred again soon and it may take weeks or a month to get my property which contains all my legal files after I am settled in a new location. *I REQUEST 6 WEEKS MINIMUM AFTER I GET MY LEGAL FILES TO PREPARE.*

3. This court ordered me transported to the Northern District of Florida to appear for trial on September 8, 2014 and to remain in custody pending trial.  (Doc. #1)

4.  This court also ordered that I be "allow[ed] a reasonable time to prepare a defense."

5. If I am transported to the county jail in Pensacola or some other similar facility I will still not have my legal files, copy machine or law library access and will be unable to prepare a defense from that location.

6. Under the 2007 2nd chance act I qualified for release to halfway house or home confinement 5 months ago but the BOP only granted me release to home confinement Feb., 2015.  Please order the BOP to release me and my property to a halfway house or home confinement in Pensacola now so I can begin preparing my defense in this case.  A third option is that I be placed at the Federal Prison Camp in Pensacola pending trial.

7. I am no flight risk.  I have been at minimum security camps for over 7 years where I could simply have walked away at any time.

8.  I also hereby ask the court to appoint competent, zealous "assistance of counsel" as provided for in the 6th amendment to the US Constitution.  I understand that this may require the BOP to provide my financial statement.  This Atlanta transfer center does not have a copy machine for inmate use, does not have a working printer for inmate use and I am only allowed out for 1 hr/day and only rarely is that the time when the Counselor is available.  It may take them some time to process the courts request for financial information.  This is another reason for seeing a continuance.  *I DID FILE PAPERWORK TO THE COUNSELOR TODAY.*

`Respectfully submitted this 23 th day of JULY 2014

Kent Hovind #06452-017
USP Atlanta
Box 150160
Atlanta, GA 30315

### Certificate of Service

I hereby certify that a correct copy of this motion was mailed to AUSA Tiffany Eggers 21 E Garden St. Suite 400 Pensacola, FL 32502 by first class mail by depositing it in the prison mail box on the 23 th day of JULY, 2014

KENT HOVIND

WM

Filed 072814 USDCFln3PM1219

KENT HOVIND
06952-017
USP ATLANTA
BOX 150160
ATLANTA, GA
        30315



ATLANTA METRO GA

25 JUL 2014 PM 9 1

CLERK OF COURT
1 N. PALAFOX RD
PENSACOLA, FL
        32502

32502565850