# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

In re: KENT E. HOVIND                              Case No. 3:14mc53-MCR/EMT

_____/

### O R D E R

Pursuant to this Court's Notice of Criminal Contempt Proceedings and Show Cause Order (doc. 1), this matter is scheduled for jury trial commencing Monday, September 8, 2014. This matter is now before the Court on Mr. Hovind's Motion for Continuance and Assistance of Counsel (doc. 3). In addition to the request for continuance of the scheduled trial and appointment of counsel, Mr. Hovind requests that he be released to a halfway house, placed on home confinement, or otherwise housed at the Federal Prison Camp in Pensacola pending trial. Although the Court ordered Mr. Hovind's return to this district for trial purposes, Mr. Hovind remains in the custody of the Bureau of Prisons and the Court has no authority with regard to confinement or facility designation.[1] With regard to Mr. Hovind's request for appointment of counsel, without the requisite financial information, the Court is unable to determine his eligibility for such appointment.

Accordingly, it is ORDERED:

1. Upon his return to this district, Mr. Hovind will be brought to appear before the magistrate judge for completion of a financial affidavit and determination of his eligibility for appointment of counsel.

2. The request for continuance is deferred pending a determination regarding appointment of counsel and/or appearance of counsel on behalf of Mr. Hovind.

**SO ORDERED** this 30th day of July, 2014.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Mr. Hovind is currently serving a federal sentence of 120 months.