

U. S. Department of Justice

FEDERAL PUBLIC DEFENDER
RECEIVED
SEP 02 2014
PENSACOLA, FL

*Pamela C. Marsh*
*United States Attorney*
*Northern District of Florida*

---

| | | | |
|---|---|---|---|
| *111 North Adams Street* | *21 East Garden Street* | *300 East University Avenue* | *1001 East Business Hwy 98* |
| *4th Floor, U. S. Courthouse* | *Suite 400* | *Suite 310* | *Second Floor* |
| *Tallahassee, FL 32301-1841* | *Pensacola, FL 32502-5675* | *Gainesville, FL 32601-3330* | *Panama City, FL 32401* |
| *Telephone (850)942-8430* | *Telephone (850)444-4000* | *Telephone (352)378-0996* | *Telephone (850)785-3495* |
| *Fax   (850)942-8424* | *Fax (850)432-7763* | *Fax (352)338-7981* | *Fax (850)763-3415* |

September 1, 2014

Thomas Keith
Assistant Federal Public Defender
3 West Garden Street, Suite 200
Pensacola, FL 32502
Via – Clerk's Run

RE:        *In re: Kent E. Hovind*
Case No.    3:14mc53-MCR/EMT

Dear Ms. Hart,

By way of this letter and enclosures, the United States of America responds to your request for discovery in this cause. The United States provides the following information as required by Rule 16, Federal Rules of Criminal Procedure; Local Rule 26.3 of the Northern District of Florida; and the Court's pretrial order:

1.    Fed. R. Crim. P. 16(a)(1)(A) - The Government is unaware of any relevant oral statement made by the defendant in response to interrogation by a person then known to the defendant to be a Government agent. The defendant did not testify before the grand jury. If the undersigned becomes aware of any other statements of the defendant within the scope of Rule 16, notice will be given immediately to defense counsel.

2.    Fed. R. Crim. P. 16(a)(1)(B) - The Government is unaware of any relevant recorded statement made by the defendant in response to interrogation by a person then known to the defendant to be a Government agent. If the undersigned becomes aware of any other statements of the defendant within the scope of Rule 16, notice will be given immediately to defense counsel.

3. <u>Fed. R. Crim. P. 16(a)(1)(D)</u> - The Government is aware of a criminal record of the defendant.

4. <u>Fed. R. Crim. P. 16(a)(1)(E)</u> - The Government will permit the defendant to inspect and copy any documents and tangible objects which are material to the preparation of the defense or are intended for use in the Government's case-in-chief or were obtained from or belong to the defendant after providing reasonable notice to the undersigned. A list of the tangible objects that the Government will offer as evidence in its case-in-chief includes, but is not limited to, the following: copies of any and all items, evidence, pleadings, attachments to said pleadings in case numbers 3:06cr83/MCR and 3:12cv475/MCR, and all items included in the attached discovery inventory. **Please note that copies of the documents and pleadings and the attachments to said pleadings are available on the Court's CM/ECF system.** Copies of the *lis pendens* filed with the Escambia County Clerk of Court that are the subject of the Order to Show Cause are attached to Doc. 465 in case number 3:06cr83/MCR. If you wish to view any evidence, please contact my office with at least forty-eight (48) hours' notice so that we can make arrangements for the viewing.

5. <u>Fed. R. Crim. P. 16(a)(1)(F)&(G)</u> – At this time, the government does not intend to introduce any expert testimony.

6. The Government at this time is unaware of any possibly exculpatory evidence or evidence favorable to the accused which may lead to exculpatory material. If any evidence which is arguably favorable to the defendant on issues of guilt or innocence and/or punishment pursuant to the *Brady* decision is discovered prior to trial, such material will be made immediately available to the defendant.

2

7. To avoid any delay at trial the Government will provide *Jencks* materials (apart from any included herein as attachments) on the Friday preceding trial. Said materials may be picked up at the U.S. Attorney's Office front desk at 4:30 p.m. the Friday prior to jury selection.

8. The Government is unaware of any possible perceived benefit to a witness in return for his/her cooperation/assistance in this investigation.

9. At this time the Government is unaware of any pre-trial identification procedure (lineup, show-up, photo spread, or similar procedure) used in attempting to identify the defendant.

10. The United States does not have knowledge of the existence of payments to prospective witnesses. *See United States v. Giglio,* 405 U.S. 150 (1972); *Napus v. Illinois,* 360 U.S. 264 (1959).

11. The United States has not identified latent fingerprints or other types of prints as those of the defendant on items of evidence collected.

12. The United States will provide notice of any intent to offer Rule 404-b evidence prior to trial.

13. The United States is unaware of any electronic surveillance wherein the defendant was an "aggrieved person" as defined in Title 18, United States Code, Section 2510(11). However, copies of the defendant's telephone calls from the BOP have been obtained and are included with the discovery materials.

14. Fed. R. Crim. P. 12.1 - The Government hereby demands notice of the defendant's intent to offer a defense of alibi. For times, dates, and places at which the alleged crime was committed, the United States refers the defendant to the indictment in this case. If greater specificity for times, dates, and places is necessary, contact the undersigned.

15. *United States v. Webster, 649 F.2d 346 (5th Cir. 1981)*: Notice of Entrapment - If the defendant intends to rely upon a defense of entrapment, provide the specifics as required by *United States v. Webster, supra.*

16. Federal Rule of Criminal Procedure 12.2: Notice of Insanity - If the defendant intends to rely upon a defense of insanity, the defendant shall give notice to the Government within ten (10) working days after arraignment.

17. Federal Rule of Criminal Procedure 12.3: Notice of Defense Based Upon Public Authority - If the defendant intends to rely upon a defense of public authority, provide the specifics as delineated in Rule 12.3 within ten (10) days of the date of the pretrial order.

Very truly yours,

PAMELA C. MARSH
UNITED STATES ATTORNEY

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant U.S. Attorney

**Enclosure:**   2 CDs
Discovery Inventory

## Discovery Inventory

**Disk1:**
**Folder: Documents recovered from personal property**

    Files:  Inmate Hovind, Kent #06452-017 Financial Transactions from C.pdf
              Inmate Hovind, Kent 06452-017 Emails From Cell.pdf
              Inmate Hovind, Kent 06452-017 Memorandums of LIS Pendens.pdf
              Inmate Hovind, Kent 06452-017 Receipts for Court Documents.pdf

**Folder: Emails**
    Files:

| # | File |
|---|---|
| 1) | 10-31-13 thru 11-4-13.pdf |
| 2) | 11-14-13 thru 11-20-13.pdf |
| 3) | 11-20-13 thru 11-25-13.pdf |
| 4) | 11-25-13 thru 11-30-13.pdf |
| 5) | 11-4-13 thru 11-8-13.pdf |
| 6) | 11-8-13 thru 11-14-13.pdf |
| 7) | 12-31-13 thru 1-2-13.pdf |
| 8) | 7-11-13 thru 7-14-13.pdf |
| 9) | 7-14-13 thru 7-17-13.pdf |
| 10) | 7-17-13 thru 7-21-13.pdf |
| 11) | 7-21-13 thru 7-24-13.pdf |
| 12) | 7-24-13 thru 7-27-13.pdf |
| 13) | 7-27-13 thru 7-31-13.pdf |
| 14) | 7-5-13 thru 7-8-13.pdf |
| 15) | 7-8-13 thru 7-11-13.pdf |
| 16) | 8-31-13 thru 9-3-13.pdf |
| 17) | 9-11-13 thru 9-15-13.pdf |
| 18) | 9-15-13 thru 9-19-13.pdf |
| 19) | 9-19-13 thru 9-23-13.pdf |
| 20) | 9-23-13 thru 9-27-13.pdf |
| 21) | 9-27-13 thru 9-30-13.pdf |
| 22) | 9-3-13 thru 9-7-13.pdf |
| 23) | 9-7-13 thru 9-11-13.pdf |
| 24) | Aug 1, 2013 thru Aug 9, 2013.pdf |
| 25) | Aug 18, 2013 THRU Aug 25, 2013.pdf |
| 26) | Aug 25, 2013 THRU Aug 31, 2013.pdf |
| 27) | Aug 9, 2013 THRU Aug 18, 2013.pdf |
| 28) | Dec 12, 2013 THRU Dec 19, 2013.pdf |
| 29) | Dec 19 THRU Dec 26, 2013.pdf |
| 30) | Dec 26, 2013 THRU Dec 31, 2013.pdf |
| 31) | Dec 5, 2013 THRU Dec 12, 2013.pdf |
| 32) | Nov 30, 2013 THRU Dec 5, 2013.pdf |
| 33) | Oct 14, 2013 THRU Oct 21, 2013.pdf |
| 34) | Oct 21, 2013 THRU Oct 28, 2013.pdf |
| 35) | Oct 28, 2013 THRU Oct 31, 2013.pdf |
| 36) | Oct 7, 2013 THRU Oct 14, 2013.pdf |
| 37) | Sept 30, 2013 THRU Oct 7, 2013.pdf |

**Folder: Phone calls**
    Files:

1. 06452017_Aug_01_2013_20_35_39_PM_4027143466.wav
2. 06452017_Aug_02_2013_11_24_29_AM_8505723082.wav
3. 06452017_Aug_02_2013_18_24_04_PM_6035399093.wav
4. 06452017_Aug_03_2013_13_02_46_PM_6035399093.wav
5. 06452017_Aug_03_2013_20_48_58_PM_5157083568.wav
6. 06452017_Aug_05_2013_11_15_55_AM_5157083568.wav
7. 06452017_Aug_05_2013_21_16_29_PM_8032784215.wav
8. 06452017_Aug_06_2013_08_57_51_AM_8505723822.wav
9. 06452017_Aug_06_2013_19_51_41_PM_8503848893.wav
10. 06452017_Aug_11_2013_17_24_50_PM_5157083568.wav
11. 06452017_Aug_12_2013_18_57_12_PM_8505723461.wav
12. 06452017_Aug_15_2013_20_49_15_PM_8284210290.wav
13. 06452017_Aug_16_2013_19_13_09_PM_8505723461.wav
14. 06452017_Aug_16_2013_20_50_07_PM_8505723461.wav
15. 06452017_Aug_20_2013_17_58_32_PM_8032784215.wav
16. 06452017_Aug_20_2013_21_14_29_PM_8505723822.wav
17. 06452017_Aug_23_2013_19_00_50_PM_4025713839.wav
18. 06452017_Aug_24_2013_19_42_27_PM_5157083568.wav
19. 06452017_Aug_25_2013_17_26_28_PM_6035399093.wav
20. 06452017_Aug_26_2013_09_03_44_AM_4043356577.wav
21. 06452017_Aug_26_2013_20_28_32_PM_6036310373.wav
22. 06452017_Aug_27_2013_19_56_41_PM_8505723822.wav
23. 06452017_Aug_28_2013_13_09_01_PM_2195123830.wav
24. 06452017_Aug_29_2013_11_26_35_AM_8509562031.wav
25. 06452017_Aug_30_2013_08_23_19_AM_6036310373.wav
26. 06452017_Aug_30_2013_11_23_32_AM_6036310373.wav
27. 06452017_Aug_31_2013_12_01_32_PM_8505723822.wav
28. 06452017_Dec_01_2013_21_16_15_PM_6044980279.wav
29. 06452017_Dec_02_2013_10_40_11_AM_8284210290.wav
30. 06452017_Dec_03_2013_15_23_22_PM_6044980279.wav
31. 06452017_Dec_05_2013_20_00_38_PM_6103801374.wav
32. 06452017_Dec_07_2013_11_42_33_AM_9122561767.wav
33. 06452017_Dec_07_2013_18_41_39_PM_8032784215.wav
34. 06452017_Dec_09_2013_10_10_51_AM_8509562031.wav
35. 06452017_Dec_09_2013_18_32_49_PM_8505723082.wav
36. 06452017_Dec_12_2013_11_04_50_AM_6044980279.wav
37. 06452017_Dec_12_2013_15_01_27_PM_6044980279.wav
38. 06452017_Dec_12_2013_21_12_13_PM_8284210290.wav
39. 06452017_Dec_14_2013_19_48_47_PM_6044980279.wav
40. 06452017_Dec_16_2013_11_12_55_AM_5035930540.wav
41. 06452017_Dec_17_2013_20_11_51_PM_8022794667.wav
42. 06452017_Dec_17_2013_21_06_35_PM_8505723822.wav
43. 06452017_Dec_18_2013_10_33_47_AM_8505723461.wav
44. 06452017_Dec_18_2013_11_23_51_AM_8505723461.wav
45. 06452017_Dec_18_2013_12_50_08_PM_6044980279.wav

46. 06452017_Dec_18_2013_18_54_00_PM_6036310373.wav
47. 06452017_Dec_19_2013_15_51_21_PM_6044980279.wav
48. 06452017_Dec_19_2013_17_34_29_PM_2695678545.wav
49. 06452017_Dec_19_2013_19_37_31_PM_6044980279.wav
50. 06452017_Dec_20_2013_16_51_50_PM_8505723461.wav
51. 06452017_Dec_20_2013_19_40_42_PM_6044980279.wav
52. 06452017_Dec_23_2013_15_07_26_PM_8504190955.wav
53. 06452017_Dec_24_2013_12_12_15_PM_6044980279.wav
54. 06452017_Dec_25_2013_12_32_45_PM_8504798987.wav
55. 06452017_Dec_25_2013_13_05_05_PM_8503848893.wav
56. 06452017_Dec_25_2013_16_36_25_PM_8505723461.wav
57. 06452017_Dec_25_2013_21_09_55_PM_6044980279.wav
58. 06452017_Dec_26_2013_10_09_35_AM_8504798987.wav
59. 06452017_Dec_26_2013_15_07_04_PM_4232884420.wav
60. 06452017_Dec_29_2013_20_26_45_PM_6044980279.wav
61. 06452017_Dec_30_2013_14_56_56_PM_8505723461.wav
62. 06452017_Dec_30_2013_15_31_57_PM_8509562031.wav
63. 06452017_Dec_30_2013_17_11_56_PM_8505723461.wav
64. 06452017_Dec_30_2013_17_47_10_PM_8509562031.wav
65. 06452017_Dec_31_2013_20_24_12_PM_8505724445.wav
66. 06452017_Jan_01_2014_20_05_20_PM_6036310373.wav
67. 06452017_Jul_05_2013_19_24_53_PM_9786068393.wav
68. 06452017_Jul_06_2013_21_18_34_PM_4027143466.wav
69. 06452017_Jul_07_2013_21_15_04_PM_8503848893.wav
70. 06452017_Jul_08_2013_16_53_47_PM_8503848893.wav
71. 06452017_Jul_08_2013_21_13_15_PM_8284210290.wav
72. 06452017_Jul_09_2013_15_32_27_PM_8505723461.wav
73. 06452017_Jul_09_2013_17_57_01_PM_9786068393.wav
74. 06452017_Jul_09_2013_18_29_01_PM_9786068393.wav
75. 06452017_Jul_09_2013_19_00_48_PM_9786068393.wav
76. 06452017_Jul_09_2013_19_52_57_PM_8503848893.wav
77. 06452017_Jul_10_2013_14_42_58_PM_8503848893.wav
78. 06452017_Jul_11_2013_21_08_18_PM_8505723461.wav
79. 06452017_Jul_12_2013_17_04_43_PM_8503848893.wav
80. 06452017_Jul_14_2013_15_26_43_PM_8504798987.wav
81. 06452017_Jul_14_2013_18_05_47_PM_8503848893.wav
82. 06452017_Jul_14_2013_20_33_56_PM_8505723461.wav
83. 06452017_Jul_15_2013_09_17_19_AM_8505723461.wav
84. 06452017_Jul_15_2013_10_14_49_AM_4027143466.wav
85. 06452017_Jul_16_2013_18_48_04_PM_8505723461.wav
86. 06452017_Jul_18_2013_17_47_00_PM_8032784215.wav
87. 06452017_Jul_19_2013_15_41_52_PM_6038567288.wav
88. 06452017_Jul_21_2013_14_33_11_PM_8032784215.wav
89. 06452017_Jul_22_2013_21_20_53_PM_8507239486.wav
90. 06452017_Jul_23_2013_11_40_06_AM_4027143466.wav
91. 06452017_Jul_23_2013_20_18_46_PM_8503848893.wav
92. 06452017_Jul_24_2013_15_49_24_PM_8032784215.wav
93. 06452017_Jul_25_2013_11_47_00_AM_8505723461.wav

94. 06452017_Jul_28_2013_21_17_50_PM_8505723082.wav
95. 06452017_Jul_29_2013_20_58_28_PM_3348550409.wav
96. 06452017_Jul_30_2013_14_56_50_PM_8503848893.wav
97. 06452017_Nov_01_2013_17_11_47_PM_7128993160.wav
98. 06452017_Nov_02_2013_20_06_19_PM_8504798987.wav
99. 06452017_Nov_03_2013_18_09_54_PM_4232884420.wav
100. 06452017_Nov_04_2013_13_06_53_PM_8284210290.wav
101. 06452017_Nov_06_2013_19_34_23_PM_6044980279.wav
102. 06452017_Nov_07_2013_17_58_58_PM_8507239486.wav
103. 06452017_Nov_07_2013_18_50_07_PM_8509562031.wav
104. 06452017_Nov_09_2013_21_17_48_PM_8134333733.wav
105. 06452017_Nov_11_2013_10_57_20_AM_2076202548.wav
106. 06452017_Nov_11_2013_20_21_54_PM_8504190955.wav
107. 06452017_Nov_13_2013_10_50_08_AM_6035399093.wav
108. 06452017_Nov_13_2013_16_36_49_PM_7128993160.wav
109. 06452017_Nov_14_2013_13_06_25_PM_4025713839.wav
110. 06452017_Nov_15_2013_15_28_53_PM_8509562031.wav
111. 06452017_Nov_15_2013_22_05_48_PM_8505723461.wav
112. 06452017_Nov_18_2013_10_53_22_AM_8504190955.wav
113. 06452017_Nov_19_2013_15_13_27_PM_8505723461.wav
114. 06452017_Nov_20_2013_15_29_18_PM_8505723461.wav
115. 06452017_Nov_20_2013_20_13_06_PM_6044980279.wav
116. 06452017_Nov_21_2013_19_23_04_PM_8505723082.wav
117. 06452017_Nov_22_2013_12_39_08_PM_8504709722.wav
118. 06452017_Nov_23_2013_11_14_14_AM_8284210290.wav
119. 06452017_Nov_25_2013_20_44_09_PM_8505723082.wav
120. 06452017_Nov_26_2013_10_07_06_AM_6103801374.wav
121. 06452017_Nov_27_2013_19_54_18_PM_6044980279.wav
122. 06452017_Nov_30_2013_10_40_59_AM_8503848893.wav
123. 06452017_Nov_30_2013_12_12_20_PM_5157083568.wav
124. 06452017_Nov_30_2013_13_04_57_PM_8509562031.wav
125. 06452017_Nov_30_2013_15_49_05_PM_6044980279.wav
126. 06452017_Nov_30_2013_19_39_21_PM_6103801374.wav
127. 06452017_Nov_30_2013_20_54_39_PM_8505723822.wav
128. 06452017_Oct_01_2013_18_37_39_PM_9122561767.wav
129. 06452017_Oct_03_2013_08_16_10_AM_6035399093.wav
130. 06452017_Oct_04_2013_17_13_08_PM_8134333733.wav
131. 06452017_Oct_05_2013_12_20_29_PM_8509562031.wav
132. 06452017_Oct_07_2013_20_12_34_PM_8504798987.wav
133. 06452017_Oct_08_2013_20_07_51_PM_8505723822.wav
134. 06452017_Oct_10_2013_11_50_21_AM_8509562031.wav
135. 06452017_Oct_11_2013_13_39_00_PM_8503848893.wav
136. 06452017_Oct_12_2013_09_19_59_AM_8509562031.wav
137. 06452017_Oct_12_2013_15_45_30_PM_8505723461.wav
138. 06452017_Oct_15_2013_21_04_32_PM_9783825870.wav
139. 06452017_Oct_16_2013_18_50_50_PM_5157083568.wav
140. 06452017_Oct_19_2013_20_09_12_PM_8509562031.wav
141. 06452017_Oct_21_2013_19_40_07_PM_8505723822.wav

142. 06452017_Oct_22_2013_09_43_20_AM_8505723461.wav
143. 06452017_Oct_22_2013_22_01_07_PM_7128993160.wav
144. 06452017_Oct_23_2013_21_14_34_PM_8509562031.wav
145. 06452017_Oct_26_2013_17_02_36_PM_6044980279.wav
146. 06452017_Oct_27_2013_12_21_07_PM_4232884420.wav
147. 06452017_Oct_27_2013_14_10_04_PM_9122561767.wav
148. 06452017_Oct_30_2013_12_01_38_PM_8504190955.wav
149. 06452017_Sep_02_2013_18_05_36_PM_8507239486.wav
150. 06452017_Sep_03_2013_14_46_49_PM_6036310373.wav
151. 06452017_Sep_03_2013_21_10_02_PM_8505723461.wav
152. 06452017_Sep_04_2013_15_09_48_PM_5035930540.wav
153. 06452017_Sep_04_2013_15_43_05_PM_4043356577.wav
154. 06452017_Sep_04_2013_17_26_14_PM_8509562031.wav
155. 06452017_Sep_05_2013_20_05_08_PM_8509562031.wav
156. 06452017_Sep_06_2013_19_13_18_PM_8505723082.wav
157. 06452017_Sep_07_2013_19_49_06_PM_8509562031.wav
158. 06452017_Sep_07_2013_21_06_29_PM_8505723082.wav
159. 06452017_Sep_09_2013_09_38_07_AM_8509562031.wav
160. 06452017_Sep_09_2013_15_37_02_PM_8509562031.wav
161. 06452017_Sep_10_2013_17_55_20_PM_8503848893.wav
162. 06452017_Sep_10_2013_18_55_16_PM_8509562031.wav
163. 06452017_Sep_12_2013_13_58_23_PM_6036310373.wav
164. 06452017_Sep_12_2013_16_41_12_PM_9894733333.wav
165. 06452017_Sep_12_2013_21_02_53_PM_5157083568.wav
166. 06452017_Sep_13_2013_09_04_07_AM_8505723822.wav
167. 06452017_Sep_14_2013_16_46_08_PM_9894733333.wav
168. 06452017_Sep_17_2013_15_30_59_PM_9894733333.wav
169. 06452017_Sep_17_2013_21_08_22_PM_8509562031.wav
170. 06452017_Sep_17_2013_22_08_32_PM_8505723461.wav
171. 06452017_Sep_18_2013_20_35_56_PM_9783825870.wav
172. 06452017_Sep_20_2013_15_50_39_PM_8503848893.wav
173. 06452017_Sep_21_2013_11_53_27_AM_8509562031.wav
174. 06452017_Sep_23_2013_17_53_19_PM_4025713839.wav
175. 06452017_Sep_24_2013_10_46_16_AM_8509562031.wav
176. 06452017_Sep_24_2013_15_34_35_PM_8503848893.wav
177. 06452017_Sep_24_2013_18_03_56_PM_8284210290.wav
178. 06452017_Sep_25_2013_08_57_16_AM_8284210290.wav
179. 06452017_Sep_25_2013_16_44_03_PM_4014473273.wav
180. 06452017_Sep_25_2013_21_13_55_PM_8509562031.wav
181. 06452017_Sep_26_2013_21_00_37_PM_8509562031.wav
182. 06452017_Sep_27_2013_18_14_19_PM_5035930540.wav
183. 06452017_Sep_28_2013_09_03_28_AM_8509562031.wav
184. 06452017_Sep_28_2013_11_53_33_AM_8505723461.wav
185. 06452017_Sep_28_2013_21_12_28_PM_8505723082.wav
186. 06452017_Sep_30_2013_10_01_41_AM_8507239486.wav
187. 06452017_Sep_30_2013_14_27_05_PM_9894733333.wav

**Disk 2:** Please note that this disk contains a copy of the items on the website "www.2peter3.com" as of July 12, 2014

**Folder:** KHovind

    Subfolder:    hd.wallpaperswide.com
    Subfolder:    hts-cache
    Subfolder:    images.paypal.com
    Subfolder:    s7.addthis.com
    Subfolder:    www.2peter3.com
    Subfolder:    www.kjvprophecy.com
    Subfolder:    www.paypalobjects.com
    Subfolder:    www.spc.noaa.gov