

# U. S. Department of Justice

*Pamela C. Marsh*
*United States Attorney*
*Northern District of Florida*

---

*111 North Adams Street*
*4th Floor, U. S. Courthouse*
*Tallahassee, FL 32301-1841*
*Telephone (850)942-8430*
*Fax   (850)942-8424*

*21 East Garden Street*
*Suite 400*
*Pensacola, FL 32502-5675*
*Telephone (850)444-4000*
*Fax (850)432-7763*

*300 East University Avenue*
*Suite 310*
*Gainesville, FL 32601-3330*
*Telephone (352)378-0996*
*Fax (352)338-7981*

*1001 East Business Hwy 98*
*Second Floor*
*Panama City, FL 32401*
*Telephone (850)785-3495*
*Fax (850)763-3415*

September 9, 2014

Thomas Keith
Assistant Federal Public Defender
3 West Garden Street, Suite 200
Pensacola, FL 32502
Via email

RE:        *In re: Kent E. Hovind*
Case No.   3:14mc53-MCR/EMT

Dear Counsel,

On September 3rd via email, you asked that the government identify the "specific emails and phone calls that [the government is] likely to use." This correspondence is being sent in response to your request and as a courtesy to you. Below is a list of the emails and inmate telephone calls that the government has identified thus far that it *may utilize* at trial. Please keep in mind that as the government continues to prepare for trial, the government may identify additional emails and telephone calls that the government determines are relevant evidence to the pending case. In the event that does occur, as a courtesy to you, the government will identify any additional emails and telephone calls in advance of trial.

**Email Dates**
- A.   12/23/2013
- B.   12/31/2013
- C.   12/19/2013
- D.   12/18/2013
- E.   12/10/2013
- F.   11/24/2013
- G.   10/25/2013
- H.   10/24/2013
- I.   10/17/2013
- J.   10/03/2013
- K.   10/02/2013
- L.   09/26/2013
- M.   09/25/2013

|    |            |
|----|------------|
| N. | 09/24/2013 |
| O. | 09/23/2013 |
| P. | 09/18/2013 |
| Q. | 09/17/2013 |
| R. | 09/06/2013 |
| S. | 08/31/2013 |
| T. | 08/05/2013 |
| U. | 08/01/2013 |
| V. | 07/30/2013 |
| W. | 07/27/2013 |
| X. | 07/13/2013 |

**Phone Calls**[1] - 24, 29, 36, 43-45, 47, 49-50, 52-53, 56, 64-65, 77, 80, 82-84, 87, 93, 98, 109, 111-114, 122, 123, 131-132, 135-136, 138, 157, and 174

Very truly yours,

PAMELA C. MARSH
UNITED STATES ATTORNEY

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant U.S. Attorney

---

[1] The numbers utilized for the phone calls corresponds with the numbers included in government's September 1st discovery inventory.



**U. S. Department of Justice**

*Pamela C. Marsh*
*United States Attorney*
*Northern District of Florida*

---

*111 North Adams Street*
*4th Floor, U. S. Courthouse*
*Tallahassee, FL 32301-1841*
*Telephone (850)942-8430*
*Fax   (850)942-8424*

*21 East Garden Street*
*Suite 400*
*Pensacola, FL 32502-5675*
*Telephone (850)444-4000*
*Fax (850)432-7763*

*300 East University Avenue*
*Suite 310*
*Gainesville, FL 32601-3330*
*Telephone (352)378-0996*
*Fax (352)338-7981*

*1001 East Business Hwy 98*
*Second Floor*
*Panama City, FL 32401*
*Telephone (850)785-3495*
*Fax (850)763-3415*

October 13, 2014

Thomas Keith
Assistant Federal Public Defender
3 West Garden Street, Suite 200
Pensacola, FL 32502
Via email

RE:         *In re: Kent E. Hovind*
Case No.    3:14mc53-MCR/EMT

Dear Counsel,

By way of this letter and attachment, the United States of America provides the following additional information as required by Rule 16, Federal Rules of Criminal Procedure, Local Rule 26.3 of the Northern District of Florida, *Brady, Giglio* and the Court's pretrial order.
- CD containing inmate telephone calls made by Kent Hovind between 6/10/14 and 7/30/14. The following is a list of the inmate telephone calls (contained on this disc) that the government has identified thus far that it *may utilize* at trial: 6/16/14, 6/23/14, 7/3/14, 7/9/14, 7/22/14. Please keep in mind that as the government continues to prepare for trial, the government may identify additional telephone calls that the government determines are relevant evidence to the pending case. In the event that does occur, as a courtesy to you, the government will identify any additional emails and telephone calls in advance of trial.

As you know, your client is able to make telephone calls from the Santa Rosa County Jail. Thus far, the government has not identified any calls that it intends to utilize at the defendant's trial. In the event, the government identifies any calls it intends to utilize then the government will provide copies of said calls. As you further know, you can obtain copies of the defendant's jail telephone calls and visitation meetings directly from the Santa Rosa County Jail.

Very truly yours,

PAMELA C. MARSH
UNITED STATES ATTORNEY

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant U.S. Attorney