IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                  Case No. 3:14mc53/MCR

KENT E. HOVIND,

      Defendant.
_____/

**DEFENDANT'S AMENDMENT/CORRECTION TO HIS MOTION FOR RECONSIDERATION AND DISMISSAL OF NOTICE OF CRIMINAL CONTEMPT PROCEEDINGS AND SHOW CAUSE ORDER**

COMES NOW the defendant, KENT E. HOVIND ("Hovind"), by and through his undersigned attorney, and amends/corrects his previously filed Motion for Reconsideration and Dismissal of Notice of Criminal Contempt Proceedings and Show Cause Order as follows:

In paragraph 4 of the motion counsel stated that to the best of his knowledge "all of the properties that were seized by the government as a result of Hovind's original case have been sold or disposed of."  He has subsequently learned that this is not correct.  There are still four properties that have not been sold or disposed of (properties that Hovind did not file *lis pendens* against — he could have filed *lis pendens* against them, but did not, and, of course, has no intention to do so in the future based on what he now knows, i.e., that his filing of *lis pendens* could be considered a violation of the Court's order (injunction) in case no. 3:12cv136 —a case

in which he was not a party and was not provided a copy of the order in question).

WHEREFORE, Hovind through counsel amends/corrects his previous motion for reconsideration.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to TIFFANY EGGERS, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, by Notice of Electronic Filing this 23rd day of October 2014.

/s/ Thomas S. Keith
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418