## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

In re:                                                                                   Case No.  3:14mc53-MCR/EMT

**KENT E. HOVIND**

## NOTICE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice with the Court, pursuant to the Court's Order entered on today's date.  (Doc. 18).

1.      In or about August 2013, the United States filed a Motion for Order to Show Cause against Kent E. Hovind.  (3:06cr83/MCR, Docs. 465 & 470).  Thereafter, this Court granted the United States' motion and a new matter was opened by the Clerk of Court for a violation of 18 U.S.C. § 401(3).  (3:06cr83/MCR, Doc. 476; 3:14mc53/MCR, Doc. 1).  A jury trial is currently scheduled before the Court on the Court's Notice of Criminal Contempt Proceedings for November 3, 2014.  (Docs. 1 & 12).

2.      On October 21, 2014, a six Count Indictment was returned in case number 3:14cr91/MCR.  The conduct supporting the Indictment is directly related to the above entitled and numbered contempt case.  Further, defendant Kent E. Hovind is charged with a substantive count of contempt in violation of 18 U.S.C. § 401(3) in Count Three of the Indictment.  (3:14cr91/MCR, Doc. 3).   Defendant Kent E. Hovind is scheduled for an initial appearance and arraignment on the Indictment on October 30, 2014, before U.S. Magistrate Judge Charles J. Khan, Jr.  (3:14cr91/MCR).

3. In light of the return of the Indictment and the charges contained therein, the government submits that the criminal contempt action in case number 3:14mc53/MCR/EMT should be dismissed.

Therefore, the United States files this notice with the Court.

>Respectfully submitted,
>
>PAMELA C. MARSH
>United States Attorney
>
>*/s/ Tiffany H. Eggers*
>TIFFANY H. EGGERS
>Assistant United States Attorney
>Florida Bar Number 193968
>21 E. Garden Street, Suite 400
>Pensacola, Florida  32502-5675
>(850) 444-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been filed electronically on the Court's CM/ECF system and therefore, Assistant Federal Public Defender Thomas S. Keith is scheduled to receive a copy via email on this 24th day of October, 2014.

>*/s/ Tiffany H. Eggers*
>TIFFANY H. EGGERS
>Assistant United States Attorney